No. 612. KAISER ET AL. *v.* PRICE-FEWELL, INC. Supreme Court of Arkansas. Certiorari denied. *Eugene R. Warren* and *Bruce T. Bullion* for petitioners. *Pat Mehaffy* for respondent.

No. 546. EASTLAND ET UX. *v.* CAMPBELL, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Allen E. Pye* and *J. Robt. Dobbs, Jr.* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Meyer Rothwacks* and *Harold C. Wilkenfeld* for respondent.

No. 568. BATTEN ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *A. Harry Crane* for petitioners. *Solicitor General Cox* and *Roger P. Marquis* for the United States.

No. 579. MILLER ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Charles Allan Hart, Jr.* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Sherman L. Cohn* for the United States.

No. 594. MUSE *v.* UNITED STATES CASUALTY Co. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted.